IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MONTEZ GIBSON. | Crim. Action No. BEL-10-0211 |

## MEMORANDUM & ORDER

On May 10, 2010, Montez Gibson was sentenced to 60 months of imprisonment for bank robbery in violation of 18 U.S.C. § 2113(a).[1] Plea Agreement, ECF 7; Judgment, ECF 14. He did not challenge this conviction beyond his direct appeal, which he voluntarily dismissed. *See* CA4 Order, ECF 21.

On September 21, 2022, Gibson filed a "motion to invoke Rule 52(B) and Fed. R. Crim. P. 11." Mot., ECF 25.[2] Neither Fed. R. Crim. P. 52(b) nor Fed. R. Crim. P. 11 creates a cause of action for any post-conviction relief. To the extent he intends his filing to be a motion to vacate pursuant to 28 U.S.C. § 2255, it is untimely. 28 U.S.C. § 2255(f). Gibson does not identify any "right . . . newly recognized by the Supreme Court and made retroactively applicable" or reason that he could not have asserted his argument earlier. *Id.* §§ 2255(f)(3), (4). Indeed, he appears to acknowledge that the filing was improper, noting that his "motion was suppose[d] to go to the 4th Cir Court of Appeals." Correction of Filing, ECF 26.

---

[1] This sentence was imposed along with a consecutive 240-month sentence in Case No. 09-cr-076-CCB for a total term of imprisonment of 300 months. *See* Judgment.
[2] An identical filing was docketed in Case No. 09-cr-076-CCB (at ECF 77). The court denied that motion as an unauthorized second or successive Section 2255 petition. *See* Case No. 09-cr-076-CCB (at ECF 81).

Accordingly, it is hereby **ORDERED** that:

1. The motion to invoke Rule 52(B), ECF 25, is **DENIED** and **DISMISSED** without prejudice;

2. No certificate of appealability will be issued; and

3. The Clerk shall **SEND** a copy of this Memorandum & Order to Montez Gibson and AUSA Jason Medinger.

  __3/12/2024__                                    ___/s/_____
 Date                                              Catherine C. Blake
                                                   United States District Judge